*FILED
-SUPERIOR COURT
OF GUAM

2024 JAN -2 AM 10: 20

CLERK OF COURT

BY:_____

**IN THE SUPERIOR COURT OF GUAM**

| IN THE MATTER OF THE ESTATE<br><br>OF<br><br>ATANACIO CRUZ BLAS,<br>Deceased. | Case No. PR0024-16<br><br>**DECISION AND ORDER**<br>**(Motion for Leave)** |
|---|---|

## INTRODUCTION

This matter came before the Honorable John C. Terlaje on December 14, 2023, for a Status Hearing on the Estate of Atanacio Cruz Blas, regarding Betty Jane T. Blas's ("Administratrix's") Motion for Leave to File Supplemental Brief. Based on the relevant law and authorities the Court now issues the following decision and order **GRANTING** Administratrix's Motion for Leave to File Supplemental Brief.

## BACKGROUND

On September 28, 2021, heir Carl Cruz ("Petitioner") filed a Petition for Letters of Revocation ("Revocation Petition") requesting the Court to revoke Administratrix's Letters of Administration. Admin.'s Mot. for Leave to File Suppl. Brief in Opp. to Pet. for Revoc. of Letters of Admin. ¶ 1-2 (November 28, 2022). On October 21, 2021, Administratrix filed an Opposition to the Revocation Petition and on October 26, 2021, Administratrix filed a Supplemental Memorandum in Support of Opposition to Petition for the Revocation of Letters of Administration. *Id.* On February 14, 2022, Mr. Cruz filed a Supplemental Memorandum in Support of his Petition for Revocation of Letters of Administration. *Id.* On November 28, 2022,

Administratrix filed a Motion for Leave to File Supplemental Brief in Opposition to Petition for Revocation of Letters of Administration. Admin.'s Mot. for Leave to File Suppl. Brief in Opp. to Pet. for Revoc. of Letters of Admin. (November 28, 2022). On December 22, 2023, Petitioner filed an Opposition. Pet'r Opp. to Admin.'s Mot. for Leave to File Suppl. Brief in Opp. to Pet. for Revoc. of Letters of Admin. (December 22, 2022). On December 29, 2022, Administratrix filed a Reply. Admin's Reply to Pet'r Opp. to Admin.'s Mot. for Leave to File Suppl. Brief in Opp. to Pet. for Revoc. of Letters of Admin. (December 29, 2022).

## DISCUSSION

Courts have allowed leave to file supplemental briefings "upon a showing of good cause." *See Wilridge v. Marshall*, 2014 WL 1217974 (D. Cal. Mar. 21, 2014). Further, "[a] court has the discretion to grant a responding party leave to file a sur-reply when the moving party has raised new arguments or brought forth new material in its reply brief." *Gibes v. Plain Green*, LLC, 2017 WL 7693141 at *1 (ED. Va. Oct. 31, 2017). *See also, Key v. Shelby County*, 551 Fed. Appx. 262, 264 (6th Cir. 2014) (finding that "[a]lthough the Federal Rules of Civil Procedure do not expressly permit the filing of sur-replies, such filings may be allowed in the appropriate circumstances, especially when new submissions and/or arguments are included in a reply brief, and a nonmovant's ability to respond to the new evidence has been vitiated.")

### A. Administratrix's Motion for Leave is For Good Cause

Administratrix argues that Petitioner has, "alleged certain unsubstantiated Estate issues in detail in his Supplemental Memorandum… that were not previously provided to the Court… Moreover, [Petitioner] has presented these unsubstantiated Estate issues without providing the necessary and fair context to said unsubstantiated issues." Admin.'s Mot. for Leave to File Suppl. Brief in Opp. to Pet. for Revoc. of Letters of Admin. (November 28, 2022). For this reason,

Administratrix wished to file a Supplemental Brief and respond to these issues. This court finds that this is good cause for filing a Supplemental Brief, because it is a case where "new submissions and/or arguments are included in a reply brief, and a nonmovant's ability to respond to the new evidence has been vitiated." *See also, Key v. Shelby County*, 551 Fed. Appx. 262, 264 (6th Cir. 2014)

**B. The Administratrix's Motion Does Not Violate July 26, 2022, Court Order**

Petitioner argues in their Reply that the Administratrix's Motion is in clear violation of the Court's Order After Hearing issued on July 26, 2022. Petr Opp. to Admin.'s Mot. for Leave to File Suppl. Brief in Opp. to Pet. for Revoc. of Letters of Admin. ¶ 3-4 (December 22, 2022). Further, Petitioner alleges that, "the Court's suspension of the Administratrix is authorized under 15 GCA § 2115(c)" and that "in light of the Administratrix's suspension, Attorney Michale J. Berman has no legal authority to file the subject motion." *Id.* ¶ 4. Petitioner does not cite a single legal source for this allegation and Administratrix correctly notes that the Order, "does not specifically or implicitly bar the filing of any motions." Admin's Reply to Pet'r Opp. to Admin.'s Mot. for Leave to File Suppl. Brief in Opp. to Pet. for Revoc. of Letters of Admin. (December 29, 2022).

**CONCLUSION AND ORDER**

For the above reasons, the Court **GRANTS** Administratrix's Motion for Leave to File Supplemental Brief.

SO ORDERED, this ___29___ day of ___December___ 2023.

_____
HON. JOHN C. TERLAJE
Judge, Superior Court of Guam